FILED

DEC 11 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____________
DEPUTY CLERK

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE ____________ DISTRICT OF TEXAS
____________ DIVISION

Andrés Garcia #762437
Plaintiff's Name and ID Number

Bexar county jail-6th floor-AI-#36
Place of Confinement

CASE NO.: SA23CA1521JKP
(Clerk will assign the number)

v.

officer Aldaña-7th floor officer
Defendant's Name and Address

SAPd femail officer
Defendant's Name and Address

____________
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: N/A
2. Parties to previous lawsuit:
   Plaintiff(s) N/A
   Defendant(s) N/A
3. Court: (If federal, name the district; if state, name the county.) N/A
4. Cause number: N/A
5. Name of judge to whom case was assigned: N/A
6. Disposition: (Was the case dismissed, appealed, still pending?) N/A
7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: [illegible]

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: [illegible]

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: [illegible] officer

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

[illegible]

Defendant #2: Sf Femal officer [illegible]

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

[illegible]

Defendant #3: ___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: ___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ___

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

San Juan's courts stoped by SAPd femail officer and after sexually assulted me took the little 9 had for work (grey suburban, chevy) 9 forgave her and she plotted with aldaña that 9 believe cause of his rage and the way he just snapped for no reason after me being already on the chapel he went and threaten me and spitting at me and then back door it with his friend torres afterwards the way at the annex with my Bandido Brother but 9 maneged to fight them off. help me plese

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Dont want them to keep hurting Others, It's not fair. we, them, U.S It's gettin shade

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Andres Daniel Garcia (El PaiZA)

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Sid# 762437 TDC9# 2262344 - 1736767

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ____YES ✓ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date warning was issued: N/A

Executed on: Dec 5, 2023
DATE

Andres Garcia

[signature]
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this Fifth (5) day of December, 20 23.
(Day) (month) (year)

Andres Garcia

[signature]
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

1 Aldana

Please Help me

To whom it may Concern

I, Andrés Daniel Garcia, S.S.N. 570*79*6173, D.O.B 10*17*1983, Zid# 762437, TDCJ# 2262344, Birth City: LOS Angeles, CA. swear By oath and declare under Penalty of Perjury that the Facts are correct.

I was on my way to Diciple chip when this inccident occured around 11am-12pm sh. He Did Threaten me saying "I'll punching me down with one hand" I guess cause his bigger than me is the reason he stated that. After that threat, he started cussing me out and spitting in my face while he intentianally, literally came into my face nearly 5 or 6 inches away and still saying that "he had been Punching gansters like me down all his Career or life". I had no choice but to tell him what I represent (Bandidos) but moch and more People miss Judge us cause of drugs & bikes but thruth is we represent U.S Marines. we take care of our veterans in general and dont ask for help for or on anybody cause People tent to forget world war 1, vietnam, world war 2 and so on. veterans warriors that suffered great tragedies and People dont want to understand them but we take time, love, Patience, money ect to make the the way they were before they went to war. Their is more to this But pleace watch video.

2 Aldaña

Who is the Protector ?

I been here trying to put restraining oder for tearistic threat but it's impossible cause this is his people (Sheriffs) and they been retaliating on me ever since that incident, not all but half of them have at least came trashed my place, insult me all the time & I have written every incident down on paper & on kios on Diciplinary & aggrivances but they tend not to press the matter cause of my color of clothes. Mr Torres lately came one day and started one morning by not letting no one come out cause of some water leak we had over 2 weeks & it's nothing new here in this joint. Theres water leaks in every pod. we work around, clean it and continue our daily rough lifes. He didnt let me come out for medication & then to make it short (will explain in person) I was talking to some man on the next cell to me when he started the whole pod and literally turned them on me (same thing that happened accross the street with my other Bandido brother that got killed by same people) I fought for my life to the point that I had to not trust nobody around me cause the situation was already out of controled. Aldaña did mention this brother to me as he looked and said those words.

2
SAPD Female officer

I had been told by my brother Juan that lives in the San Juans apartments that their was a lot of vandalism going on with youngsters around their but many reports were made by these people in poverty & with living expenses by daily matters. I went to drop my brother a check from scrap metal that I had collected with him the day before but they had closed early so I went the following day & a teacher that lives their was taking care of the cars in the parking lot & I said "Go rest you have to watch over little people tomorrow you need the patience" & she did so. as I patrolled the high crime area that night cause SAPD wasent doing their job like they been paid to do so by tax payers, I was stoped with my light on the roof pronouncing Security for the area cause of crime. She blocked me off and told me "get out of your car" & I did so comply with the male officers that had arrived pad me down and put my stuff on the Hood or so when she told them "Go

2

SAPD female officer

over their & search the truck". They even looked at each other confused but did as they were told to not loose professionalism of them selfs (Innocent men). She then started doing her certain procedures when I got on my feeling cause I was raped as a child & I felt something similar except for the penetration part. I looked around And tryed stopping her but it's resisting arrest right? I am here after I forgave her & called many departments and told them to get her attetion cause I understand new job, new rules. After getting my tools and truck I never finish paying taking away & still they didnt let me get my truck back even withe the arbituary of friend who left it but i had to buy it from his wife, & license friend with me and money & insuvance. A little latter I went to pay for a ticket from that day here by the county Jail & they said their was no record of it. I was about to give them the ticket but somethig wasent right. Never heard of it, never have they let a ticket that's been issue erased, gone with the wind. a friend bought me a 500 dollar truck for work &

3

SAPD female officer

front seal went out almost instantly so when I got back from work I borrowed a friend's (David that I know him off) truck cause I needed to wash clothes, Buy groceries, get ready for the next day & on top of that I was on my way to (gray 2021) pick up a toyota 4 Runner on south cross in front of the social security place in the south east side. They told me he had just frequently got arrested a day before & that if I could go pick it up and take it to his house somewhere on I-10 (Laredo) & 1604. I was stoped at south cross and Roosevelt for passing a yellow light. truck was to big to brake so I took it. the officer aprehend me to make it short and said it was for a red light but inside the cruiser he showed me a picture of guy that I know and said "you know him" I say "yeah" he said just got him as well a little before you. There was never a ticket for his cause of red light pass & with GOD help came with she set me up & let me fly dirty to the spot where she wanted me. But trickie part was. I had the keys & I thought he was my friend & that it was legit

ald Female Officer

I had forgave her and still till this moment I dont under stand why she put me in here after everything she had already caused sexually assulted me here in county just cause she didnt let go fighting for my life with this other case Alduika.

It was planned and they did their research cause in my past I always go to services & any type of school activities on the 7 th floor. for Alduka to lash at me the way he did, its because it was spoken between them already.