UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANDRES GARCIA,<br># 762437,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OFFICER F/N/U ALDANA,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§　　SA-23-CV-01521-JKP<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff's Section 1983 claims against Defendant Officer F/N/U Aldana for failure to state a non-frivolous claim, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff' Andres Garcia's Section 1983 claims against Officer F/N/U Aldana are **DISMISSED WITH PREJUDICE** for failure to state a non-frivolous claim.

**IT IS FINALLY ORDERED** that the above–entitled cause is hereby **CLOSED**.

SIGNED this 24th day of April, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JASON PULLIAM
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE